UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TERRI LYNN CLARK,<br><br>    Defendant. | No. CR-04-233-LRS<br><br>ORDER GRANTING IN PART MOTION AND MODIFYING CONDITIONS OF RELEASE |

At the January 11, 2007, hearing on Defendant's motion to reduce bond, Defendant appeared with counsel John Perry; Assistant U.S. Attorney Thomas J. Hopkins represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds defendant is ready for outpatient treatment for chemical dependency. Accordingly, her motion is **GRANTED IN PART**. Treatment shall occur in Spokane, to commence immediately, and if successful, defendant may visit her family in Wenatchee on furlough for two days after confirmation of successful commencement of treatment. If treatment continues to be successful, defendant may seek permission by motion to modify to complete treatment in the Wenatchee area.

All other conditions of the court's Order filed November 28, 2006, remain and shall constitute the additional conditions of

ORDER GRANTING IN PART MOTION AND
MODIFYING CONDITIONS OF RELEASE - 1

1 | Defendant's release.
2 | **IT IS SO ORDERED.**
3 | DATED January 16, 2007.

s/ CYNTHIA IMBROGNO<br>UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART MOTION AND
MODIFYING CONDITIONS OF RELEASE - 2